THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENKA CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [130–134 E. 67th St., Borough of Manhattan.] — Orders in this consolidated appeal unanimously modified so as to fix values for each year involved, 1946–47 through 1949–50, as follows: Land $330,000, Building $250,000, Total $580,000 and, as so modified, affirmed. On these records we think no other values are justified. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

In the Matter of JOSE DE SANTIAGO, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents. — Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Bergan, JJ. [See *post*, p. 866.]

■

ROCKVAN REALTY CORPORATION, Appellant, v. GENERAL MOTORS CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See *post*, p. 836.]

■

EMMA SALAMON, Individually and as Executrix of JOSEPH T. SALAMON, Deceased, Appellant-Respondent, v. KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N. V. (ROYAL DUTCH AIRLINES), Respondent-Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Cohn, J. P., Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 965; *post*, p. 837.]

■

LISETTE V. RUEGG, as Administratrix of the Estate of ERHART RUEGG, Deceased, v. FAIRFIELD SECURITIES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 281 App. Div. 1023.]

■

In the Matter of McDOWRING DAVID (Admitted as JAMES H. M. DAVID), Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

■

THOMAS J. BATA et al., v. JAN A. BATA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 959.]

■

ARCHIBALD BROWN v. HUGO STINNES CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ. [See *ante*, p. 186.]

■

MAUDE L. ZINK v. ALBERT B. ZINK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 1015.]